# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

ROSIE WARE, an Individual,

    Plaintiff,

v.

Case No.: 2:05-CV-0659-SRW

PFIZER INC., a Delaware Corporation; PHARMACIA CORPORATION, a Delaware Corporation; MONSANTO COMPANY, a Delaware Corporation; G.D. SEARLE, LLC, a Delaware Corporation; Robert Vandelune; And fictitious Defendants A,B,C and D being those persons, firms or corporations whose actions, inactions, fraudulent suppression, fraud, scheme to defraud and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to the Plaintiff but will be substituted by amendment when ascertained,

    Defendants.

## CERTIFICATE OF FILING OF NOTICE OF REMOVAL

The undersigned attorney for Defendants, hereby certify that on July 15, 2005, Defendants caused to be filed with the Clerk of Court for the Circuit Court for Barbour County, Alabama, a Notice of Removal to the United States District Court for the Middle District of Alabama, Northern Division, a copy of which is attached.

Respectfully submitted,

_____
Lawrence B. Clark (CLA-012)
Gilbert C. Steindorff, IV (STE-173)
Wendy A. Madden (MAD-032)
Attorneys for G.D. Searle LLC, Pharmacia Corporation and Pfizer Inc.

OF COUNSEL:

ADAMS AND REESE/LANGE SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205 250-5050

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above pleading upon all counsel of record by placing a copy of same in the United States Mail on this the 15th day of July, 2005.

Navan Ward, Jr., Esq.
Andy D. Birchfield, Jr., Esq.
Paul Sizemore, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P.O. Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL

467568-1

2

IN THE CICUIT COURT OF
BARBOUR COUNTY, ALABAMA
(CLAYTON DIVISION)

| | |
|---|---|
| ROSIE WARE, an Individual, ) ) Plaintiff, ) ) v. ) ) PFIZER INC., a Delaware Corporation; ) PHARMACIA CORPORATION, a ) Delaware Corporation; MONSANTO ) COMPANY, a Delaware Corporation; ) G.D. SEARLE, LLC, a Delaware ) Corporation; Robert Vandelune; And ) fictitious Defendants A,B,C and D being ) those persons, firms or corporations ) whose actions, inactions, fraudulent ) suppression, fraud, scheme to defraud ) and/or other wrongful conduct caused or ) contributed to the Plaintiff's injuries and ) damages, and whose true names and ) identities are presently unknown to the ) Plaintiff but will be substituted by ) amendment when ascertained, ) ) Defendants. ) | Case No.: CV-2005-040 |

## STATE COURT PROCEEDINGS NOTICE OF REMOVAL

Notice is hereby given pursuant to 28 U.S.C. § 1441 *et seq.* that Defendants have filed a Notice of Removal of this action in and to the United States District Court for the Middle District of Alabama, Northern Division on the 15th day of July, 2005, a copy of which is attached. A copy of said Notice of Removal has been served on all counsel of record. In accordance with 28 U.S.C. § 1446, the Circuit Court for Barbour County, Alabama shall proceed no further with the action bearing docket number CV 05-040.

Respectfully submitted,

_____
Lawrence B. Clark (CLA-012)
Gilbert C. Steindorff, IV (STE-173)
Wendy A. Madden (MAD-032)
Attorneys for G.D. Searle LLC, Pharmacia Corporation and Pfizer Inc.

OF COUNSEL:

ADAMS AND REESE/LANGE SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205 250-5050

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above pleading upon all counsel of record by placing a copy of same in the United States Mail on this the 15th day of July, 2005.

Navan Ward, Jr., Esq.
Andy D. Birchfield, Jr., Esq.
Paul Sizemore, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P.O. Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL

467540-1                                    2