## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ROSIE WARE** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | **Civil Action No.: 2:05 cv 0659** |
| | * | |
| | * | |
| **G.D. SEARLE, LLC, et al.,** | * | |
| | * | |
| | * | |
| **Defendants.** | * | |

## MOTION TO REMAND

COMES NOW the Plaintiff in the above-styled matter and moves this Honorable Court

to remand this action to the Clayton Division of the Circuit Court of Barbour County, Alabama,

as there does not exist total diversity among the parties to this action, and this matter is due to be

remanded. In support of this motion, Plaintiff offers the following:

1.    Plaintiff's Brief in Support of Motion to Remand

Respectfully submitted this the _26th_ day of July, 2005.

_____
JERE L. BEASLEY (BEA020)
ANDY D. BIRCHFIELD, JR. (BIR006)
PAUL SIZEMORE (SIZ004)
NAVAN WARD, JR. (WAR062)

Attorneys for Plaintiff

**OF COUNSEL:**

BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.

Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone  (334) 269-2343
Fax     (334) 223-1236

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the _26th_ day of _July_____, 2005.

ROBERT VANDELUNE
1206 Rampart Road
Dothan, Alabama 36303

PFIZER, INC.
c/o The Corporation Company, Registered Agent
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

MONSANTO COMPANY
800 North Lindbergh Boulevard
St. Louis, Missouri 63167

G.D. SEARLE, LLC
4901 Searle Parkway
Skokie, Illinois 60077

PHARMACIA CORPORATION
100 U.S. Highway 206 North
Peapack, New Jersey 07977

_____
OF COUNSEL