**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 2, 2005

# NOTICE OF REASSIGNMENT

Re:  Rosie Ware v. Pfizer, Inc., et al.
     Civil Action No. #2:05-cv-00659-SRW

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now #2:05-cv-00659-MHT-SRW.  This new case number should be used on all future correspondence and pleadings in this action.