IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROSIE WARE, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv659-T |
| | ) | |
| G.D. SEARLE LLC, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 9) is granted.

DONE, this the 10th day of August, 2005.


                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE