IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROSIE WARE, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 05-659 |
| v. ) | |
| ) | |
| PFIZER INC., et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT PFIZER INC.'S UNOPPOSED MOTION FOR LEAVE TO EXTEND TIME FOR FILING AN OPPOSITON TO PLAINTIFF'S MOTION TO REMAND

COME NOW Defendants Pfizer, Inc., Monsanto Company, Pharmacia Corporation, G.D. Searle, LLC, and Robert Vandelune (collectively, "Defendants"), and without objection by Plaintiff, respectfully move this court for leave to extend time for filing an Opposition to Plaintiff's Motion to Remand by four (4) days, until August 19, 2005. In support of its motion, Defendants say as follows:

1. Defendants are currently engaged in research and drafting of an Opposition to Plaintiff's Motion to Remand, and have been so engaged for some time with full knowledge of the August 15, 2005, deadline established by this Court for the filing of such Opposition.

2. One of the attorneys for Defendants recently left the undersigned law firm and reassignment of her work and responsibilities has caused Defendants' counsel some delay in managing her active cases, including the instant action.

3. This motion is filed without objection by Plaintiff.

4.  Defendants are confident they will have fully prepared their Opposition to Plaintiff's Motion to Remand for filing within four (4) days; to-wit, August 19, 2005.

5.  This motion is not interposed for intentional delay, but is rather a request in good faith for additional time so Defendants may more fully inform the court of their position in Opposition to Plaintiff's Motion to Remand.

WHEREFORE, the foregoing considered, Defendants move this Court to grant leave for four (4) additional days to file its Opposition to Plaintiff's Motion to Remand.

*[signature]*
LAWRENCE B. CLARK
GILBERT C. STEINDORFF, IV
MICHAEL L. WADE, JR.

*Attorneys for Defendants*

OF COUNSEL:
ADAMS & REESE / LANGE SIMPSON LLP
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203
205.250.5000
205.250.5034 (fax)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 15th day of August, 2005, I caused the foregoing to be filed via the CM/ECF system, which will automatically provide electronic notice to the following counsel of record:

Navan Ward, Jr.
Andy D. Birchfield, Jr.
Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103

*[signature]*
OF COUNSEL