IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROSIE WARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv659-T |
| | ) | |
| PFIZER, INC., a Delaware | ) | |
| corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED as follows:

(1) Defendants' motion for leave to extend time (Doc. No. 11) is granted.

(2) Plaintiff's motion to remand (Doc. No. 5) is reset for submission, without oral argument, on August 19, 2005, with all briefs due by said date.

DONE, this the 17th day of August, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE