IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROSIE WARE** | * |
| **Plaintiff,** | * |
| vs. | *   Civil Action No.: 2:05 cv 0659 |
| **G.D. SEARLE, LLC, et al.,** | * |
| **Defendants.** | * |

## PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND

Plaintiff, Rosie Ware, moves this Court to grant her Motion to Remand. This Reply in Support of Plaintiff's Motion to Remand is based on: (1) the Memorandum Reply Brief in Support of Motion to Remand; and (2) the pleadings on file with the Court.

As discussed in the Reply Memorandum Brief in Support of Motion to Remand, remand is appropriate because Plaintiff asserts valid claims under Alabama's Extended Manufacturer's Liability Doctrine (AEMLD), negligence, strict products liability, breach of express warranty, breach of implied warranty, fraud, and negligent misrepresentation against each Defendant, resident and non-resident alike. As such, this Court does not have subject matter jurisdiction and this action should be remanded to the Circuit Court of Barbour County, Alabama pursuant to 28 U.S.C. Section 1447 (c). In support thereof, Plaintiff shows the following:

1.     The Defendants have the burden of establishing federal jurisdiction and have failed to meet this burden.

2.     There is no diversity of citizenship.

3.     Plaintiff asserts valid claims against resident and non-resident Defendants with proper sufficiency.

4.     Plaintiff has stated valid product liability (AEMLD) claims against Defendant Vandelune.

5.     Plaintiff has alleged valid claims of expressed and implied breach of warranty against Defendant Vandelune.

6.     Plaintiff has stated valid claims of fraud and negligent misrepresentation against Defendant Vandelune.

Plaintiff therefore respectfully requests that the Plaintiff's Motion to Remand be GRANTED.

Respectfully submitted this the 25th day of August, 2005.

/s/ Navan Ward, JR.
Jere L. Beasley
Andy D. Birchfield, Jr.
J. Paul Sizemore, Jr.
Gerald B. Taylor, Jr.
Navan Ward, Jr.
Attorneys for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 25th day of August, 2005.

/s/ Navan Ward, Jr.
Of Counsel

ROBERT VANDELUNE
1206 Rampart Road
Dothan, Alabama 36303


PFIZER, INC.
c/o The Corporation Company, Registered Agent
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109


MONSANTO COMPANY
800 North Lindbergh Boulevard
St. Louis, Missouri 63167

G.D. SEARLE, LLC
4901 Searle Parkway
Skokie, Illinois 60077

PHARMACIA CORPORATION
100 U.S. Highway 206 North
Peapack, New Jersey 07977